**STATE of Missouri, Respondent,**

v.

**Leon SIMMONS, Appellant.**

**No. WD 41224.**

Missouri Court of Appeals,
Western District.

July 3, 1990.

Johnny L. Nixon, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from convictions of robbery in the first degree and armed criminal action, and from consecutive sentences of twelve and five years imprisonment, respectively.

Judgment affirmed. Rule 30.25(b).